THE TOWNSHIP OF PRINCETON v. DAVID J. BARDIN.

May 17, 1977. Petition for certification denied. (See 147 *N. J. Super.* 557)

ROBERT W. MOHR v. B. F. GOODRICH RUBBER COMPANY.

May 17, 1977. Petition for certification denied. (See 147 *N. J. Super.* 279)

STATE OF NEW JERSEY v. DAVID R. WAGLE.

May 17, 1977. Petition for certification denied.

NEW JERSEY DENTAL SERVICE PLAN, INC. v. JAMES J. SHEERAN.

May 17, 1977. Petition for certification denied.

JOHN T. GLAZEWSKI v. THE NEW JERSEY STATE PAROLE BOARD.

May 17, 1977. Petition for certification denied.

IN THE MATTER OF HELEN FOLEY.

May 17, 1977. Petition for certification denied.